FILED
Jul 30 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AI          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEANE WONG,<br><br>　　　　Defendant. | Case No. '25 CR3020 JAH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) –<br>Assault on a Federal Officer<br>(Felony) |

The grand jury charges:

On or about July 2, 2025, within the Southern District of California, defendant JEANE WONG did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Special Agent M. Hogan, while Special Agent M. Hogan was engaged in and on account of the performance of his official duties, such acts involving physical contact with Special Agent M. Hogan by slapping Special Agent M. Hogan in the face; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: July 30, 2025.

ADAM GORDON
United States Attorney

By: _____
EVANGELINE A. DECH
Assistant U.S. Attorney

EAD:cms:San Diego:7/29/25