UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Jeane Wong,<br><br>　　　　　　Defendant. | Case No. 25-CR-3020-JAH<br><br>**NOTICE OF RELATED CASE** |
|---|---|

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Trina Stephanie Rupley, Case No. 25-CR-3018-TWR and United States of America v. Raul Kuilon, Case No. 25-CR-2968-DMS pursuant to CrimLR 57.2.1, Related Cases.  The United States Attorney certifies the cases are related for the following reason(s):

　　　_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

　　　__x__ (2) Prosecution against different defendants arises from:

　　　　　　_____ (a) A common wiretap

　　　　　　_____ (b) A common search warrant

　　　　　　__x__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: July 31, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ADAM GORDON
　　　　　　　　　　　　　　　　　　　United States Attorney