UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-cr-3020-DMS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N**<br>**Superseding** |
| v. | Title 18, U.S.C.,<br>Sec. 111 (a)(1) - Assault on<br>a Federal Officer<br>(Misdemeanor) |
| JEANE WONG, | |
| Defendant. | |

The United States Attorney charges:

On or about July 2, 2025, within the Southern District of California, defendant JEANE WONG did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Special Agent M. Hogan, while Special Agent M. Hogan was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: 10/8/2025 .

ADAM GORDON
United States Attorney

*Evangeline Dech*

EVANGELINE A. DECH
Assistant U.S. Attorney

ead:10/8/2025